NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FAST MEMORY ERASE, LLC,**
*Plaintiff-Appellee,*

v.

**INTEL CORPORATION,
NUMONYX B.V., AND NUMONYX, INC.,**
*Defendants-Appellants,*

AND

**SONY ERICSSON MOBILE COMMUNICATIONS
AB, SONY ERICSSON MOBILE
COMMUNICATIONS (USA), INC., APPLE INC.,
AND MOTOROLA, INC.,**
*Defendants.*

---

2011-1283

---

Appeal from the United States District Court for the Northern District of Texas in case no. 10-CV-0481, Judge Barbara M.G. Lynn.

---

ON MOTION

---

ORDER

Upon consideration of the parties' submissions concerning this court's decision in 2010-1302, and having not been informed that a petition for writ of certiorari was filed related to that case,

IT IS ORDERED THAT:

The stay of the briefing schedule is lifted. The appellants' opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

___DEC 2 2 2011___                /s/ Jan Horbaly
Date                              Jan Horbaly
                                  Clerk

cc:  Jeffrey R. Bragalone, Esq.
     Chris R. Ottenweller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK